# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **MICHELLE WICKIZER,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-02060-KHV-GLR |
| | ) | |
| v. | ) | Judge Vratil |
| | ) | Magistrate Judge Rushfelt |
| **PORTFOLIO RECOVERY ASSOCIATES, INC.,** | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL PURSUANT TO SETTLEMENT

Pursuant to settlement, this case is dismissed *without* prejudice, without costs to either party, and with leave for Plaintiff to seek reinstatement within forty-five (45) days from the date of entry of this order. If this case has not been reinstated within forty-five (45) days from the date of entry of this order, or a motion for reinstatement has not been filed by said date, then the dismissal of this case shall automatically convert from a dismissal *without* prejudice to a dismissal *with* prejudice.

s/ Kathryn H. Vratil

Hon. Kathryn H. Vratil

United States District Judge

Dated: June 27, 2011

1